GETZELL JOHNSON MURRELL,
     *Petitioner,*

*versus*

LORIE DAVIS,
Director of the Texas Department of Criminal
Justice - Correctional Institutions Division,
     *Respondent.*

§
§
§
§
§
§
§
§
§
§

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2016
David J. Bradley, Clerk

CIVIL ACTION 4:16-CV-02140

## Order of Adoption

On October 25, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 7) to which the petitioner objected (Dkt. 8). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is transferred to the United States District Court for the Eastern District of Texas, Tyler Division.

Signed <u>November 21</u>, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge